DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.A.**, the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN and FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D19-1401

[November 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 2017DP000141JS.

Andrew A. Holness, West Palm Beach, for appellant.

Andrew Feigenbaum, West Palm Beach, for Appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director, Statewide Guardian ad Litem Office, Tallahassee, and Nancy W. Gregoire, Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for Appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***